SHEEHAN
PHINNEY
BASS +
GREEN

PROFESSIONAL
ASSOCIATION



ATTORNEYS AT LAW

MANCHESTER
1000 ELM STREET
MANCHESTER, NH
03101
T 603 668-0300
F 603 627-8121

CONCORD
TWO EAGLE SQUARE
CONCORD, NH
03301
T 603 223-2020
F 603 224-8899

HANOVER
2 MAPLE STREET
HANOVER, NH
03755
T 603 643-9070
F 603 643-3679

BOSTON
255 STATE STREET
BOSTON, MA
02109
T 617 897-5600
F 617 439-9363

WWW.SHEEHAN.COM

**WRITER'S DIRECT DIAL: (603) 627-8193**
pcowan@sheehan.com

March 25, 2011
**HAND-DELIVERED**

John M. Safford, Clerk
Hillsborough County Superior Court – Northern District
PO Box 2143
Nashua, New Hampshire  03061

Re:  **Laurie Foistner et al v. James McNulty**
     **Docket No.:  216-2011-CV-129**

Dear Mr. Safford:

Enclosed for filing in the above captioned matter is a Notice of Filing of Notice of Removal (along with a copy of the Notice of Removal).

Please forward to us a "certified or attested copy of the state court record" in this matter together with your bill for the same.

Thank you for your assistance in this matter.

Sincerely,

Peter S. Cowan

Enc.
cc:   William Aivalikles, Esq.