STATE OF NEW HAMPSHIRE

HILLSBOROUGH, SS.                                                                   SUPERIOR COURT
NORTHERN DISTRICT

DOCKET NO. 216-2011-cv-129

LAURIE FOISTNER
AND
WILLIAM AIVALIKLES

v.

JAMES MCNULTY

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE BE ADVISED that on March 25, 2011 this action, pursuant to 28 U.S.C. §§ 1441(a) and 1446, was removed to the United States District Court for the District of New Hampshire pursuant to a Notice of Removal dated March 25, 2011, a copy of which is attached to this Notice.

WHEREFORE, James McNulty respectfully gives notice that the Hillsborough County Superior Court-Northern District is required to effect the removal of this case and shall proceed no further in this action pursuant to 28 U.S.C. § 1446(d) unless and until it is remanded.

Respectfully submitted,

JAMES MCNULTY

By his Attorneys,

SHEEHAN, PHINNEY, BASS + GREEN
PROFESSIONAL ASSOCIATION

Dated: March 25, 2011       By: _____
Peter S. Cowan, N.H. Bar. No.182
1000 Elm Street, P.O. Box 3701
Manchester, NH 03101
(603) 627-8193

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2011, I served a copy of the foregoing by mailing a copy, first-class postage prepaid, to William Aivalikles, Esq., both in his capacity as counsel for Laurie Foistner and *pro se*.

_____
Peter S. Cowan