UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LAURIE FOISTNER AND<br>  WILLIAM AIVALIKLES<br><br>    Plaintiffs<br><br>v.<br><br>JAMES MCNULTY<br><br>    Defendant | Civil Action No.<br>11-CV-140-JD |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

NOW COME the parties in the above-entitled action, by and through their attorneys, and in the case of Mr. Aivalikles, *pro se*, and hereby pursuant to Fed. R. Civ. P. 41 stipulate and agree that the action, be dismissed with prejudice, and without costs or attorneys' fees.

                                Respectfully submitted,
                                LAURIE FOISTNER AND WILLIAM
                                AIVALIKLES,
                                By their attorneys,
                                William Aivalikles, P.A.

Date: April 13, 2011                   By: /s/ William Aivalikles
                                                  William Aivalikles, Esq.
                                                  60 Main Street, Suite 230
                                                  Nashua, NH  03060
                                                  T: 603-880-0303
                                                  E: William@nhtriallaw.com

                                      **James McNulty**
                                      By his attorneys,
                                      Sheehan Phinney Bass & Green, P.A.

Dated:  April 13, 2011                 By: <u> /s/ Peter S. Cowan</u>
                                              Peter S. Cowan, Esq.
                                              1000 Elm Street, PO Box 3701
                                              Manchester NH 03105-3701
                                              T: 603-627-8193
                                              E: <u>pcowan@sheehan.com</u>